1
2
3
4

UNITED STATES OF AMERICA
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

5

OSSIE LEE SLAUGHTER,

6

                    Plaintiff,                                Case No. C05-1881P

7

v.

8

SGT. KIM SNODGRASS, et al,                          MINUTE ORDER

9

                    Defendants.

10

11          The following minute order is made by the direction of the court, the Honorable Marsha J.

12   Pechman:

13          This case is transferred to the Honorable John C. Coughenour as related to C05-1689C.

14          All future pleadings should reflect the change in the case caption as follows: C05-1881C-MAT.

15

16          Filed and entered this 12th day of December, 2005.

17

18

19                                                  BRUCE RIFKIN, Clerk

20                                                  By   /S/Eileen Scollard

21                                                         Deputy Clerk

22

23

24

25

26

MINUTE ORDER